AO91 (Rev. 8/01) Criminal Complaint

**U.S. MAGISTRATE COURT**
**Southern District of Texas**
**FILED**
**OCT 16 2014 2C**
David J. Bradley, Clerk
Laredo Division

# United States District Court

SOUTHERN DISTRICT OF TEXAS

*[handwritten notation: Released Date 3 oct / took K in AM / 12|30 |14]*

UNITED STATES OF AMERICA
V.
Carlos REYES-Santos
New Castle, DE
United States

**CRIMINAL COMPLAINT**

Case Number: 5:14 mj 1322-1

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 14, 2014** in **Laredo, Texas** **Webb** County, in the **Southern** District of **Texas,** **Carlos REYES-Santos** defendant(s),

did knowingly, willfully and unlawfully possess a controlled substance listed under Schedule 1 of the Controlled Substance Act, to wit: approximately 3.3 kgs, gross weight, of cocaine. Furthermore, the defendant did knowingly and unlawfully possess with intent to distribute the aforementioned cocaine.

in violation of Title **21** United States Code, Section(s) **841 (a)**

I further state that I am a(n) **Special Agent, Homeland Security Investigations** and that this complaint is based on the
Official Title
following facts: based on statements of the accused and records of the Immigration & Customs Enforcement.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

**Matthew H. Rado**
Signature of Complainant

Matthew H. Rado
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 16, 2014                                   at        Laredo, Texas
Date                                                                        City and State

Judge J. Scott Hacker
U.S. Magistrate Judge
Name and Title of Judicial Officer                      Signature of Judicial Officer

United States of America                                          Page 2

vs

Carlos REYES-Santos

[CONT OF BASIS OF COMPLAINT]

ATTACHEMENT A

On October 14, 2014, Homeland Security Investigations (HSI) Task Force Officers (TFOs) and Special Agents (SAs) conducted a surveillance on a subject observed purchasing packaging supplies indicative of narcotics smuggling. Agents maintained surveillance on the subject and approached the individual later identified as Carlos REYES-Santos in the parking lot of FedEx, located on Bob Bullock Loop 20 in Laredo, TX.

REYES-Santos gave verbal consent to search the contents of a cardboard box that was in his possession and labeled for shipping t███████████████████████████████████ The search revealed three bundles of a white, powdery substance, which later field-tested positive for cocaine. A total of approximately 3.3 kgs of cocaine was seized. REYES-Santos was arrested and transported to the HSI Laredo office for questioning.

HSI TFO Gutierrez read REYES-Santos his Miranda Rights, in the Spanish language, which he acknowledged both orally and in writing. REYES-Santos waved his legal rights and agreed to speak with Agents in the absence of an attorney. During the course of the subsequent interview, REYES-Santos admitted to knowingly possessing the narcotics with the intent to distribute. REYES-Santos admitted he was intending to make a profit by selling the cocaine once it arrived to his home in Delaware.